UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BOULEVARD RE HOLDINGS, LLC )<br>and LUCIA HEVIEROVA, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>MIXON INSURANCE AGENCY, INC., )<br>)<br>Defendant. ) | Cause No.: 4:20-cv-01288-SEP |

**JOINT NOTICE OF SETTLEMENT**

**COME NOW** Plaintiff Lucia Hevierova ("Plaintiff") and Defendant Mixon Insurance Agency, Inc. ("Defendant"), and hereby notify the Court that they have settled all claims between them in this matter. Plaintiff and Defendant are in the process of finalizing formal settlement documents and expect to file a stipulation of dismissal of Plaintiff's claims within thirty (30) days.

Respectfully submitted,

/s/ James R. Wyrsch
James R. Wyrsch #53197
Khazaeli Wyrsch, LLC
911 Washington Ave., Ste. 211
St. Louis, MO 63102
(314) 288-0766 (Phone)
james.wyrsch@kwlawstl.com

***Attorney for Plaintiff Lucia Hevierova***

/s/ Corey L. Kraushaar
Corey L. Kraushaar #51792MO
**BROWN & JAMES, P.C.**
800 Market Street, Suite 1100
St. Louis, MO 63101
(314) 421-3400 Telephone
(314) 421-3128 Facsimile
ckraushaar@bjpc.com

***Attorney for Defendant Mixon Insurance Agency, Inc.***

26188820